UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOMMY BROOKINS,

    Petitioner,

-vs-                                  Case No. 6:12-cv-632-Orl-22TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following matters:

1. It appears that Petitioner has been released from prison. Within FOURTEEN (14) DAYS from the date of this Order, the parties shall file their memorandums of law addressing whether any of Petitioner's claims have been rendered moot as a result of his release from prison.

2. Petitioner has not paid the filing fee in this case. Petitioner shall file an Affidavit of Indigency or other application to proceed in forma pauperis or pay the full filing fee within FOURTEEN (14) DAYS from the date of this Order.

DONE AND ORDERED in Orlando, Florida, this 21st day of February, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-2 2/21
Counsel of Record
Tommy Brookins